BANK v. GILLESPIE

No. 53 PC.

Case below: 28 N.C. App. 237.

Petition for discretionary review under G.S. 7A-31 allowed 6 April 1976.

BATTLE v. CLANTON

No. 6 PC.

Case below: 27 N.C. App. 616.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

CITY OF HIGH POINT v. FARLOW

No. 44 PC.

Case below: 28 N.C. App. 343.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

DAVIS v. MOBILE HOMES

No. 38 PC.

Case below: 28 N.C. App. 13.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

GRISSOM v. DEPT. OF REVENUE

No. 52 PC.

Case below: 28 N.C. App. 277.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.